Receipt # 11092081
$4,853.76
7/18/11 cg

Receipt # 11092082
$151.17
7/18/11 cg

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 5004.93

IN 2 CHECKS - CHECK #  15639 FOR $ 4853.76 & CHECK 15640 FOR $151.17

Representing unclaimed funds.

DATED: 7-14-2011

ALBERT J. MOGAVERO
TRUSTEE

FILED
JUL 1 8 2011
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 166256 | SCHIPANI | 0591077 | 4.00 | ADELPHIA | 355 CHICAGO STREET | | BUFFALO | NY | 14204 |
| 167427 | MANNING | 0815597 | 55.05 | CHAPTER 7 TRUSTEE | | | UNKNOWN | NY | 14202 |
| 167432 | WATSON | 1010134 | 5.00 | CHAPTER 7 TRUSTEE – MARK WALLACH | | | UNKNOWN | NY | 14202 |
| 167433 | ABRAHAM | 0915313 | 5.00 | CHAPTER 7 TRUSTEE – DANIEL BRICK | | | UNKNOWN | NY | 14202 |
| 167436 | CARLSON | 0914238 | 5.02 | CHAPTER 7 TRUSTEE – THOMAS GAFFNEY | | | UNKNOWN | NY | 14202 |
| 167438 | MCFARLAND | 0910403 | 5.00 | CHAPTER 7 TRUSTEE – THOMAS DOREY | | | UNKNOWN | NY | 14202 |
| 168914 | DINITTO | 0602230 | 1.49 | CHAPTER 7 TRUSTEE – WENDY CHRISTOPHERSEN | | | UNKNOWN | NY | 14202 |
| 168925 | HUFFMAN | 0601175 | 916.52 | DOWNY, BEVERLY | 20 HIGH ST. | | HOLLEY | NY | 14470 |
| 169511 | GRAGLIA | 0418907 | 3,856.68 | DRUCKMAN & SINEL, LLP | 242 DREXEL AVENUE | | WESTBURY | NY | 11590 |
| 172603 | GRAWE, JR. | 0590394 | 14.16 | GENERAL ELECTRIC CAPITAL CO % OCHS & GOLDBERG, LLP | | 60 EAST 42ND ST., SUITE 154 NEW YORK | | NY | 10165 |
| 172613 | PETROCI | 0600445 | 5.81 | LAWRENCE GRAWE, JR. & KATHL 1329 D'ANGELO DRIVE | | | NORTH TONAWANDA | NY | 14120 |
| 172638 | CLARK | 0701087 | 18.79 | JOSEPH M PETROCI | 7146 RAPIDS ROAD | | LOCKPORT | NY | 14094 |
| 172655 | REYNOLDS | 0812204 | 77.38 | VERONICA L CLARK | 54 FENNIMORE AVE. | | BUFFALO | NY | 14215 |
| 172663 | SMEAD | 0814108 | 5.00 | JENNIFER N REYNOLDS | 662 WOODLAND DRIVE | | BUFFALO | NY | 14223 |
| 172669 | JULIANO | 0912882 | 5.01 | THOMAS & SANDRA SMEAD | 6452 ROUNDS ROAD | | NEWFANE | NY | 14108 |
| 172674 | MORALES | 0914795 | 5.01 | JEFFREY & STACEY JULIANO | 62 HIGHLAND AVENUE | | TONAWANDA | NY | 14150 |
| 172675 | O'BRIEN | 0915029 | 5.00 | JESSICA L MORALES | 141 BRAD STREET | | JAMESTOWN | NY | 14701 |
| 172680 | HEIMBECKER | 1010897 | 5.01 | ANNETTE O'BRIEN & JAMES O'BR | 13174 TRANSIT LINE ROAD | | SPRINGVILLE | NY | 14141 |
| 172682 | WINCHELL | 1011318 | 5.00 | LEANN G HEIMBECKER | 106 HARTFORD ROAD | | AMHERST | NY | 14226 |
| 172684 | SAVAGE, JR. | 1013060 | 5.00 | JAMES & MICHELLE WINCHELL | 17 CHESTNUT ST. | | BELFAST | NY | 14711 |
| | | | 5.00 | JOSEPH C SAVAGE, JR. | 353 CABLE STREET | | BUFFALO | NY | 14206 |

$5,004.93

receipt #110 92081

receipt #110 92092